UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, <u>ex</u> <u>rel</u>. J. BRYAN QUESENBERRY,<br><br>    Plaintiff/Relator,<br>vs.<br><br>LITTLE ROCK ADVERTISING & PROMOTION COMMISSION,<br><br>    Defendant. | **ORDER OF DISMISSAL**<br><br><br>Civil Action No. 4:24-CV-202 |

WHEREFORE, having reviewed Relator Bryan Quesenberry's voluntary Notice of Dismissal filed pursuant to Fed. R. Civ. P. Rule 41(a) and the *qui tam* provisions of the False Claims Act 31 U.S.C. § 3730(b)(1), *et. seq*., and having received the United States of America's consent to the dismissal, the Court hereby dismisses this matter without prejudice to Relator and without prejudice to the United States of America.

It is so dated this 5th day of November, 2024.

_____
United States. District Judge